No. 437, October Term, 1955. BOSTON & PROVIDENCE RAILROAD CORPORATION STOCKHOLDERS *v.* NEW YORK, NEW HAVEN & HARTFORD RAILROAD CO. ET AL., 350 U. S. 926. Motion for leave to file petition for rehearing denied.

No. 788, October Term, 1956. GINSBURG *v.* BLACK ET AL., 353 U. S. 911. Motion for leave to file second petition for rehearing, to supplement record, or in the alternative, motion to remand, denied.

No. 43. BROWN *v.* UNITED STATES, *ante,* p. 148. Petition for rehearing or clarification of opinion denied.

MAY 5, 1958.

No. 579, Misc. SEXTON ET AL. *v.* OHIO ET AL. Motion for leave to file petition for writ of mandamus denied.

No. 575, Misc. CLARK *v.* WARDEN, MARYLAND HOUSE OF CORRECTION;
No. 593, Misc. SAUNDERS *v.* ADAMS, WARDEN; and
No. 680, Misc. KISOR *v.* OHIO ET AL. Motions for leave to file petitions for writs of habeas corpus denied.

No. 631, Misc. IRVIN *v.* DOWD, WARDEN. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit granted. *James D. Lopp* for petitioner. *Edwin K. Steers,* Attorney General of Indiana, for respondent.